NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1076
(Interference No. 105,645)

ELIYAHOU HARARI, ROBERT D. NORMAN,
and SANJAY MEHROTRA,

Appellants,

v.

ANDREI MIHNEA, JEFFREY KESSENICH,
and CHUN CHEN,

Appellees.

Appeal from the United States Patent and Trademark Office, Board of
Patent Appeals and Interferences.

ON MOTION

O R D E R

Andrei Mihnea et al. (Mihnea) move to dismiss this appeal for failure to file a

brief. The appellants move for an extension of time to file their brief. Mihnea opposes.

The court recently granted a motion to stay the briefing schedule in this case

pending this court's disposition of Harari v. Hollmer, 2009-1406.

Upon consideration thereof,

IT IS ORDERED THAT:

The above-mentioned motions are denied. The briefing schedule is stayed.

FOR THE COURT

FEB 26 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Timothy R. Volpert, Esq.
Thomas J. D'Amico, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK